

# NUMBER 13-22-00510-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**IN RE COUNTY OF HIDALGO, HIDALGO COUNTY ELECTIONS DEPARTMENT, HILDA A. SALINAS, INTERIM ELECTIONS ADMINISTRATOR AND EVERARDO VILLARREAL, IN BOTH HIS OFFICIAL CAPACITY AS HIDALGO COUNTY PRECINCT 3 COUNTY COMMISSIONER AND INDIVIDUAL CAPACITY**

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Order Per Curiam**

On October 21, 2022, relators County of Hidalgo, Hidalgo County Elections Department, Hilda A. Salinas as the Interim Elections Administrator, and Everardo Villarreal, in his official capacity as Hidalgo County Precinct 3 Commissioner and in his individual capacity, filed a petition for writ of mandamus. Relators assert through multiple

issues that the trial court abused its discretion by issuing a temporary restraining order in favor of the real parties in interest, City of Peñitas and Ramiro Loya, in his official capacity as Mayor of the City of Peñitas and in his individual capacity. The temporary restraining order at issue orders relators to "immediately cease and desist from proceeding with the early voting elections starting on October 24, 2022, and the November 8, 2022 general election" without opening the Peñitas Public Library as a polling location. Relators have also filed a motion for emergency stay through which they request that we stay the temporary restraining order at issue in this original proceeding.

This Court requests the real parties in interest to file a response to the petition for writ of mandamus on or before 5:00 p.m. on Monday, October 24, 2022. *See* TEX. R. APP. P. 52.2, 52.4, 52.8. We further request the real parties to address the motion for emergency stay in their response to the petition for writ of mandamus. Pending our receipt and review of the real parties' response, we grant the relators' motion for emergency stay and we order the temporary restraining order to be stayed. *See id.* R. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

PER CURIAM

Delivered and filed on the
23rd day of October, 2022.